# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joseph Campbell**<br>DOB: 1970; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-03441MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 13, 2021, in the District of Arizona, **Joseph Campbell** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Glock model 17 9mm pistol, one WPB Rogow model Mini Jack 7.62x39mm rifle, one Inter Arms model Sporter 7.62x39mm rifle, four rifle butt stocks, and five 7.62x39mm magazines; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 13, 2021, **Joseph Campbell** attempted to exit the United States and enter the Republic of Mexico through the Port of Entry in Nogales, Arizona, in a vehicle of which he was the driver and sole occupant. Customs and Border Protection officers discovered firearms, firearm parts, and firearm magazines – specifically, one Glock model 17 9mm pistol, one WPB Rogow model Mini Jack 7.62x39mm rifle, one Inter Arms model Sporter 7.62x39mm rifle, four rifle butt stocks, and five 7.62x39mm magazines – concealed within the rear tire well of **Campbell**'s vehicle.

After being advised of and waiving his *Miranda* rights, **Campbell** stated to officers that he was driving the vehicle into Mexico at the direction of another individual, and that he knew there was something bad in the vehicle. **Campbell** planned to drop the vehicle at a location in Mexico for another individual to pick up, and that he would then return to the United States on foot.

The firearms, firearm parts, and firearm magazines that **Campbell** smuggled and intended to export to Mexico are designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license. Neither **Campbell** nor any other individual involved in the attempted export of the firearm and firearm components had a license or any other lawful authority to export them from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>ANGELA WOOLRIDGE *Digitally signed by ANGELA WOOLRIDGE Date: 2021.12.14 18:17:30 -07'00'*<br>AUTHORIZED AUSA *Angela W. Woolridge*<br><br>**Sworn by telephone  x** | SIGNATURE OF COMPLAINANT<br>RAFAEL GOMEZ *Digitally signed by RAFAEL GOMEZ Date: 2021.12.14 19:09:49 -07'00'*<br><br>OFFICIAL TITLE<br>HSI Special Agent Rafael Gomez |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br><br>*Leslie A. Bowman* | DATE<br>December 14, 2021 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54